**RYAN AND VANDERHEYDEN,**
Petitioner, Appellant,

v.

**J.B. BAGNE, Defendant,**

**Farmers and Merchants Bank of
Preston, Respondent.**

No. C6–88–974.

Supreme Court of Minnesota.

Jan. 11, 1989.

### ORDER

Based upon the notice of dismissal filed on behalf of Ryan and VanDerHeyden,

IT IS HEREBY ORDERED that the above-entitled appeal be, and the same is, dismissed.